**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HAKIM WAKEEL** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **TAMMY FUGERSON, THE DISTRICT** | : | |
| **ATTORNEY OF THE COUNTY OF** | : | |
| **JOHN MORGANELLI and THE** | : | |
| **ATTORNEY GENERAL OF THE** | : | |
| **STATE OF JOSH SHAPIRO** | : | **NO. 18-3050** |

## ORDER

**NOW,** this 23rd day of March, 2023, upon consideration of the petitioner's Motion for Relief Under Rule 60 F.R.CIV.P. Alternatively Independent Action for Relief From Order Denying Section 2254 Habeas Petition (Doc. No. 31), the response, and the reply, it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that because there has been no substantial showing of the denial of a constitutional right, a certificate of appealability will not issue.

_____
TIMOTHY J. SAVAGE, J.